IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAVIS MADERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                        CASE NO. 1D16-1778

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 16, 2016.

An appeal from an order of the Circuit Court for Escambia County.
Darlene Dickey, Judge.

Travis Maderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.